# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3574
_____

United States of America

*Plaintiff - Appellee*

v.

Cassandra Lynn Dismang

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: May 1, 2014
Filed: May 6, 2014
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Cassandra Lynn Dismang directly appeals the district court's[1] judgment revoking her supervised release and sentencing her to 15 months in prison. After

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

careful review, this court concludes that the district court did not clearly err in finding that Dismang had violated the conditions of her supervised release, and did not abuse its discretion by revoking her supervised release. See United States v. Miller, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review). This court also concludes that the district court committed no procedural sentencing error, and the 15-month sentence, which was below the Guidelines range and was the sentence Dismang requested, was not substantively unreasonable. See id. at 915-17 (discussing procedural-error and substantive-reasonableness tests); see also United States v. McCully, 407 F.3d 931, 934 (8th Cir. 2005) (where defendant received sentence at bottom of Guidelines range as requested, she cannot challenge reasonableness of sentence on appeal).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____